IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Behn, | No. CV 10-00849-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| O.H.M.N.I. Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulated Motion to Dismiss with Prejudice, and good cause appearing,

IT IS ORDERED the Motion (Doc. 22) is GRANTED, and the above-captioned case is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 8th day of November, 2010.

Roslyn O. Silver
United States District Judge